**FILED**

DEC 17 2004

RALPH L. DeLOACH, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 04-m-8104-01-DJW

JULIAN RAMIREZ,
    a.k.a. RAUL NIETO,
JOSE LUIS MORALES-MORALES,
    a.k.a. LUIS HECTOR SOLIS-TERRAZAS,
WILLIAM RUBEN RODRIGUEZ-RECINO, and
PATRICIA LYNN RICHARDSON,

    Defendants.

## CRIMINAL COMPLAINT

I, Special Agent Craig Wurdeman, the undersigned affiant/complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

From on or about December 14, 2004, the exact date being unknown, and continuing to on or about December 16, 2004, in the District of Kansas and elsewhere, the defendants,

JULIAN RAMIREZ, a.k.a. RAUL NIETO,
JOSE LUIS MORALES-MORALES, a.k.a. LUIS HECTOR SOLIS-TERRAZAS,
WILLIAM RUBEN RODRIGUEZ-RECINO, and
PATRICIA LYNN RICHARDSON,

did knowingly, and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown, to intentionally distribute and possess with intent to distribute more than 100 kilograms of a mixture and

substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with the Drug Enforcement Administration (DEA) and have been for approximately five years. This complaint is based on the following facts:

On Thursday, December 16, 2004, at approximately 8:30 am, Kansas Highway Patrol (KHP) Trooper Clint Epperly conducted a traffic stop of a 2000 Dodge pick-up truck, bearing New Mexico license 298-NKS, on northbound I-35, near mile marker 130 at Emporia, Kansas. This truck was pulling a large horse trailer. Trooper Epperly had observed the driver of this truck commit several lane violations.

The driver identified herself by New Mexico driver's license as Patricia L. Richardson. The passenger was identified as Ryon Richardson. During this traffic stop, Trooper Epperly became suspicious of Ms. Richardson's travel plans. Although she said she no longer lived there, her driver's license showed her address as Deming, New Mexico, and her truck and trailer were registered in Deming also. Trooper Epperly knows Deming to be near El Paso, Texas, which he and I know is a major source city for drugs which are transported on I-35 to Kansas City and elsewhere. She said she was traveling from New Mexico to Kansas City to buy a painted burro. When Trooper Epperly asked her what a painted burro is, she said a donkey or small horse which is two colors. She didn't know where she was going to go to buy the painted burro, but instead had contact numbers to call. Trooper Epperly knew from his training and experience that drug couriers often either do not want to reveal where they are going, or

do not know where they are to go within their destination city and instead simply have telephone numbers to call when they arrive so arrangements can be made to arrange the drop-off of their load. She appeared to be nervous and avoided eye contact. When Trooper Epperly asked about her relationship to the passenger, she denied any relationship to him even though they have the same last name.

After Trooper Epperly issued a warning and returned her documents to her, he asked if he could ask her some questions and she said he could. He commented on the problems with the transportation of drugs on I-35 and asked for consent to search her truck and trailer. Although she had appeared slightly nervous before, she then became very jittery. She initially said he could search, but then said she would like to keep going and asked how long it would take. After further discussion, she indicated she would have a problem with him searching her truck. He then asked if he could call for a drug dog, and she said he could. She asked if they could go somewhere else, and he said they could go to an exit about half a mile down the road. She then drove to that exit, and parked at a business's parking lot. Trooper Epperly followed her, but did not have his emergency lights or siren activated.

Trooper Epperly contacted a narcotics detection canine unit to come to the scene. The canine unit, from the Lyon County Sheriff's Office, arrived about five to ten minutes later at approximately 8:49 am. During a search of the truck and trailer, the canine alerted to the presence of narcotic odor emitting from the truck and the trailer.

Subsequent to a search of the interior of the trailer, Trooper Epperly discovered approximately 42 cardboard boxes. Each box contained a large amount of bulk

marijuana. The total weight of these boxes and marijuana was found to be approximately 1,841 pounds.

Ms. Richardson and her passenger were placed under arrest and advised of their rights; the passenger was later released. Ms. Richardson waived her rights and said she wished to cooperate. Ms. Richardson advised that she was delivering the marijuana to Kansas City, Kansas. Trooper Epperly contacted the DEA in Kansas City for assistance. Ms. Richardson, and her truck and trailer were brought to Kansas City to conduct a controlled delivery.

Once in Kansas City, Ms. Richardson led Agents to a business located at 1031 Merriam Lane, Kansas City, Kansas. Ms. Richardson advised that she had delivered marijuana to Kansas City on 10 to 15 previous occasions in her truck and horse trailer. She advised that on 5 of these trips she had delivered the marijuana to this business.

At approximately 5:30 pm, a controlled delivery of the marijuana was conducted. Ms. Richardson drove the truck and horse trailer to the above listed business. She was met by four individuals, three of whom were later identified as Julian Ramirez, a.k.a. Raul Nieto, Jose Luis Morales-Morales, a.k.a. Jose Luis Morales-Morales, and William Ruben Rodriguez-Recino. Immediately upon her arrival, Ramirez provided her with approximately $20,000 in cash, which was payment for delivering a previous load of marijuana.

Ms. Richardson, Ramirez, Morales, Rodriguez, and the fourth person unloaded all 42 boxes of marijuana from the horse trailer and placed them into the garage of the business. Subsequent to this, Agents moved in and arrested Ramirez, Morales, and Rodriguez; the fourth person was not apprehended.

4

Ms. Richardson advised that approximately 2 days earlier, Ramirez, Morales, and two other unidentified subjects had loaded the marijuana into her trailer in El Paso, Texas.

---
CRAIG WURDEMAN
DEA Special Agent

Sworn to before me and subscribed in my presence this ____ day of December, 2004, at Kansas City, Kansas.

---
DAVID J. WAXSE
United States Magistrate Judge

Penalties: A term of imprisonment which may not be less than five years nor more than 40 years, a maximum fine of $2,000,000, a term of supervised release after imprisonment of at least 4 years, and a special assessment of $100; if the offense was committed after a prior conviction for a felony drug offense became final the penalties increase to a term of imprisonment which may not be less than 10 years nor more than imprisonment for life, a maximum fine of $4,000,000, a term of supervised release after imprisonment of at least eight years, and a special assessment of $100.