IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JAN 0 7 2005
RALPH L. DeLOACH, Clerk
By _____ Deputy

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    Case No. 05-20006-01/02/03/04-JWL/DJW

JULIAN RAMIREZ,
    a.k.a. RAUL NIETO,
JOSE LUIS MORALES-MORALES,
    a.k.a. LUIS HECTOR SOLIS-TERRAZAS,
WILLIAM RUBEN RODRIGUEZ-RECINO, and
PATRICIA LYNN RICHARDSON,

    Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about March 27, 2004, the exact date being unknown to the Grand Jury, and continuing to on or about December 16, 2004, in the District of Kansas and elsewhere, the defendants,

    JULIAN RAMIREZ, a.k.a. RAUL NIETO,
JOSE LUIS MORALES-MORALES, a.k.a. LUIS HECTOR SOLIS-TERRAZAS,
WILLIAM RUBEN RODRIGUEZ-RECINO, and
PATRICIA LYNN RICHARDSON,

did knowingly, and intentionally combine, conspire, confederate and agree together with each other and with other persons, both known and unknown to the Grand Jury, to intentionally distribute and possess with intent to distribute more than 2400 kilograms of a mixture and substance containing marijuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 16, 2004 in the District of Kansas, the defendants,

JULIAN RAMIREZ, a.k.a. RAUL NIETO,
JOSE LUIS MORALES-MORALES, a.k.a. LUIS HECTOR SOLIS-TERRAZAS,
WILLIAM RUBEN RODRIGUEZ-RECINO, and
PATRICIA LYNN RICHARDSON,

aiding and abetting each other and others known and unknown to the Grand Jury, knowingly and intentionally distributed and possessed with the intent to distribute more than 800 kilograms of a mixture and substance containing marijuana, a controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii) and Title 18, United States Code, Section 2.

A TRUE BILL.

Dated: 1-7-2005

FOREMAN

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
Ks. S. Ct. No. 12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

UNITED STATES DISTRICT JUDGE

2

**Count 1:** **21 U.S.C. § 841(a)(1), (b)(1)(A)(vii) § 846.**
**Conspiracy to distribute and possess with intent to distribute more than 1000 kilograms of marijuana**

- NLT 10 years imprisonment, NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 5 years supervised release;
- $100 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years imprisonment, NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 10 years supervised release;
- $100.00 special assessment fee.

**Count 2:** **21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii); and 18 U.S.C. § 2**
**Distribution and possession with intent to distribute more than 100 kilograms of marijuana**

- NLT 5 years; NMT 40 years imprisonment;
- NMT $2,000,00.00 fine;
- NLT 4 years supervised release;
- $100 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years; NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years supervised release;
- $100.00 special assessment fee.